467 A.2d 63

Commonwealth v. Harris, Appellant.

Submitted June

620

23, 1983.   Benjamin Lerner, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.